1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          Case No. 23CR1358-JO
11                 Plaintiff,           [RROPOSED] ORDER OF
                                        CRIMINAL FORFEITURE
12         v.
13   EDGAR ZAPATA (3),
14                 Defendant.
15

16         WHEREAS, in the Information the United States sought forfeiture of all right,
17   title, and interest in the specific properties of Defendant, EDGAR ZAPATA,
18   ("Defendant"), pursuant to Title 21, United States Code, Section 853, as property
19   constituting, or derived from, any proceeds Defendant obtained directly or indirectly
20   and as property used or intended to be used in any manner or part, to commit, and to
21   facilitate the violation of Title 21, United States Code, Sections 841(a)(1) and 846, as
22   set forth in Count 1 of the Information; and

23         WHEREAS, on or about November 28, 2023, Defendant pled guilty before
24   Magistrate Judge David D. Leshner to Count 1 of the Information, which plea included
25   consent to the forfeiture allegations of the Information, and consent to the forfeiture of
26   all firearms and ammunition seized in connection with the case pursuant to Title 21,
27   United States Code, Section 853, including but not limited to the following:

28         a. A Rock Island Armory M1911 bearing serial number RIA2371418;

1           b. An AR-15 rifle with no serial number;

2           c. A Glock 27 .40 caliber handgun bearing serial number SMZ242;

3           d. A tan P80 9mm unserialized handgun;

4           e. A black P80 9mm unserialized handgun;

5           f. Various ammunition and magazines; and

6      WHEREAS, on January 24, 2024, this Court accepted the guilty plea of

7 Defendant; and

8      WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture

9 addendum, the Court finds that the United States has established the requisite nexus

10 between the forfeited firearms and ammunition and the offense; and

11      WHEREAS, the following firearms and ammunition are currently in the custody

12 of the San Diego Police Department:

13           a. A Rock Island Armory M1911 bearing serial number RIA2371418;

14           b. An AR-15 rifle with no serial number;

15           c. A Glock 27 .40 caliber handgun bearing serial number SMZ242;

16           d. A tan P80 9mm unserialized handgun;

17           e. A black P80 9mm unserialized handgun;

18           f. Various ammunition and magazines; and

19      WHEREAS, the United States, having submitted the Order herein to the

20 Defendant through his attorney of record, to review, and no objections having been

21 received;

22      Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

23      1.     Based upon the guilty plea of the Defendant, all right, title, and interest

24 of Defendant, EDGAR ZAPATA, in the above-mentioned firearms and ammunition,

25 which are currently in the custody of the San Diego Police Department are hereby

26 forfeited to the United States pursuant to Title 21, United States Code, Section 853.

27 The Court orders that the San Diego Police Department shall dispose of the firearms

28 and ammunition according to law, when no longer needed for evidence.

1    2.    No ancillary proceedings or further forfeiture action is required as to

2  Defendant, EDGAR ZAPATA, for this criminal case.

3    3.    Pursuant to rule 32.2(b)(4), this Order of Forfeiture shall be made final as

4  to the Defendant at the time of sentencing and is part of the sentence and included in

5  the judgment.

     DATED:

     2 | 20 | 24

     Honorable Jinsook Ohta
     United States District Judge